**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JIBREEL FRAZIER,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-2242** |
| | : | |
| **EXPERIAN INFORMATION** | : | |
| **SOLUTIONS,** | : | |
|     Defendant. | : | |

# ORDER

AND NOW, this 1st day of August, 2024, upon consideration of Plaintiff Jibreel Frazier's *pro se* Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED**.

                                                   **BY THE COURT:**

                                                 */s/ R. Barclay Surrick*
                                                 **R. BARCLAY SURRICK, J.**